■
**James Ray WREN, Appellant,**

v.

**Officer WEBB, et al., Respondents.**

**No. WD 43029.**

Missouri Court of Appeals,
Western District.

Feb. 19, 1991.

James Ray Wren, Jefferson City, pro se.

William L. Webster, Atty. Gen., Michael R. Whitworth, Asst. Atty. Gen., Jefferson City, for respondents.

Before SHANGLER, P.J., and
KENNEDY and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from jury verdict on claim that personnel at Missouri State Penitentiary

 

negligently lost items of appellant's personal property.

Judgment affirmed.   Rule 84.16(b).